IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEO FRAZIER, as Administrator of the Estate of Manual Dejesus Corado, deceased,** | : : : |
| Plaintiff, | : : |
| v. | : : **CIVIL ACTION NO. 09-0119-CG-C** |
| **SHELTON AND TYRONE POWE LOGGING, et al.,** | : : : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(A) and date May 18, 2009 is **ADOPTED**[1] as the opinion of this court; therefore, the Plaintiff's Motion to Remand (Doc. 14) is hereby **DENIED**.

**DONE and ORDERED** this 3rd day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] And, accordingly, the motions which are Documents 24 and 25 are also DENIED.