IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEO FRAZIER, as Administrator of the Estate of Manuel Dejesus Corado, deceased,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**SHELTON and TYRONE POWE LOGGING, et al.,**<br><br>　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION NO. 09-0119-CG-N**<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the court on the motion of defendant, Alabama River Woodlands, Inc. ("ARW") for judgment on the pleadings or in the alternative for summary judgment (Doc. 30), and plaintiff's motion to dismiss defendant ARW with prejudice (Doc. 39). Plaintiff moves to dismiss Alabama Wood "pursuant to an agreement between plaintiff and ARW" and states that ARW's motion for judgment on the pleadings or for summary judgment "is well taken." (Doc. 39).

After review of the motions, the court finds ARW is due to be dismissed. Plaintiff's motion to dismiss Alabama River Woodlands, Inc. with prejudice (Doc. 39) is hereby **GRANTED** and ARW's motion for judgment on the pleadings or in the alternative for summary judgment (Doc. 30) is therefore **MOOT**.

　　　　**DONE and ORDERED** this 10th day of July, 2009.

　　　　　　　　　　　　　　　　　　　/s/   Callie V. S. Granade
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE