# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEO FRAZIER, as Administrator of the Estate of Manuel DeJesus Corado, deceased** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) **Civil Action No. 09-00119-CG-N** ) |
| **SHELTON AND TYRONE POWE LOGGING, et al,** | ) ) ) ) |
| **Defendants.** | ) |

## ORDER

The parties having filed a joint stipulation for dismissal with prejudice (Doc. 106), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his or its own costs.

**DONE** and **ORDERED** this 24th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE